```
              UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                  Case No. 2002-3147
                                  Filed: May 22, 2002


JANA NIECKOWSKI                   Donald M. Soloff, Esq.
                                  Soloff & Zervanos
                                  1525 Locust Street
                                  Philadelphia, Pa.  19102
     v.                           215-732-2260

CATHERINE WOO RYANG KIM           Teresa Ficken Sachs, Esq.
                                  Two Penn Center Plaza
                                  Philadelphia, Pa.  19102
                                  215-569-6949
```

## NOTICE OF PRETRIAL CONFERENCE

Please be advised that a pretrial conference in the above matter has been ordered by Judge Clarence C. Newcomer in his Chambers on **Thursday, September 26, 2002 at 11:15 a.m.**

The purposes of the conference are set forth in F.R.C.P. 16. The Court will assume that you will be fully prepared to comply with all provisions of Rule 16. You are, therefore, instructed to obtain authority to enter into stipulations, make admissions, and express evaluations in accordance with the Rule.

If the case is not a complex one, in the interest of conserving time and resources for you and your client you are invited to call me requesting that the conference be by telephone. Our office is equipped to initiate such conference calls. If this case involves more than two attorneys, you may initiate the call. Chamber's phone number is 215-597-7847.

This pretrial conference will be continued only in extreme circumstances. If you are unable to attend, someone from your office as familiar as possible with this case should attend.

For the Court,

_____
Michael Finney, Deputy
Clerk to Judge Newcomer
267-299-7509

Copies faxed to the above counsel.
September 17, 2002