```
                                        CIVIL ACTION NO. 02-3147
                                        Filed 5/22/02


JANA NIECHOWSKI                         DONALD M. SOLOFF, ESQ.
                                        JEFFREY FRITZ, ESQ.

        V.

CATHERINE WOO RYANG KIM                 TERESA FICKEN SACHS, ESQ.
                                        BRYAN WALL, ESQUIRE
```

<u>PRETRIAL SCHEDULING ORDER</u>

Following a pretrial conference with the parties it is hereby ORDERED:

```
        1.  Discovery completion date          : 11/29/02
        2.  Settlement/Final Pretrial
                Conference:       12/2/02, 11:15 A.M.
        3.  Pretrial memoranda, proposed findings of
             fact and conclusions of law or joint
             proposed jury instructions        : 11/29/02
        4.  Counsel should be prepared for trial: 12/02/02
```

October 3, 2002

        AND IT IS SO ORDERED.


                                _____
                                Clarence C. Newcomer, J.

Copies mailed to above-listed counsel.
Rev. 10/11/89