```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
NIECKOWSKI
                              :     CIVIL ACTION
                              :
       vs.                    :
                              :     NO. 2002-3147
WOO RYANG KIM
```

O R D E R

**AND NOW, TO WIT:** This   day of December, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ,** Clerk of Court

**BY:**_____
         Michael Finney
         Deputy Clerk

Copies by FAX on _____ to: Copies by MAIL on _____ to:

Civ 2 rev. (8/2000)
41.1(b)